UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-20743-CIV-SCOLA

**PEDRO VERGARA**,

     Plaintiff,

vs.

**MICHAEL KORS RETAIL, INC.,**
**a foreign for-profit corporation,**

     Defendant.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff PEDRO VERGARA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  April 20, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent an e-mail of such filing to:

Joshua A. Stein, Esq.
EPSTEIN, BECKER & GREEN, P.C.
875 Third Avenue
New York, NY  10022
(212) 351-4500
jstein@ebglaw.com

*Attorneys for Defendant*
*MICHAEL KORS RETAIL, INC.*

                                  /s/ *Roderick V. Hannah*
                                      Roderick V. Hannah